# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2490

_____

Daniel Pedraza

*Plaintiff - Appellant*

v.

Arkansas Department of Correction; G. Musselwhite, Warden, Arkansas
Department of Corrections, Cummins Unit; Robert L. Pierce, Deputy Warden of
Security, Arkansas Department of Corrections, Cummins Unit; Darren Dill,
Lieutenant/Sergeant, Arkansas Department of Corrections, Cummins Unit;
Marshall Dale Reed, Chief Deputy Director, Arkansas Department of Corrections;
Lewis Young, Deputy Warden of Operations, Arkansas Department of
Corrections; WellPath, Health Care Provider, Cummins Unit; Lerizza Nunag,
Provider/Nurse, Wellpath, Cummins Unit

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: February 11, 2026
Filed: February 17, 2026
[Unpublished]

_____

Before GRUENDER, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Daniel Pedraza appeals after the district court[1] dismissed some of his claims pre-service, denied his request for appointed counsel, and adversely granted summary judgment as to his remaining claims. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. *See Johnson v. Carroll*, 658 F.3d 819, 825 (8th Cir. 2011) (reviewing de novo grant of summary judgment); *Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (reviewing de novo 28 U.S.C. § 1915A dismissal); *see also Patterson v. Kelley*, 902 F.3d 845, 849-50 (8th Cir. 2018) (reviewing the denial of counsel for abuse of discretion). Accordingly, we affirm. *See* 8th Cir. R. 47B.

———————————————

[1] The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the reports and recommendations of the Honorable Benecia Moore and Honorable J. Thomas Ray, United States Magistrate Judges for the Eastern District of Arkansas.